| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Robart, James L | 2. Court or Organization U.S. Dist Court, W.D. of WA | 3. Date of Report 4/9/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistr judges indicate full- or part-time) U.S. Dist. Judge (active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ate ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address 700 Stewart Street, Room 14134 Seattle, WA 98101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Whitman College |
| 2. | Trustee | Hugh S. Cannon Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2007 APR 24 A 9: 51 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Self-employed artist |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 4/9/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Credit Card | J |
| 2. Bank of America | Credit Card | J |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank | A | Interest | K | T | | | | | |
| 2. Key Bank | A | Interest | J | T | | | | | |
| 3. Oak Harbor, WA Rental Property (2006 - $531,969) | D | Rent | O | S | | | | | |
| 4. Shoreline, WA Rental Property (2006 - $436,000) | D | Rent | N | S | | | | | |
| 5. Seattle, WA Rental Property (2006 - $222,000) | D | Rent | M | S | | | | | |
| 6. ISROB Associates | D | Distribution | J | U | | | | | |
| 7. Bank of Washington Common Stock | A | Dividend | L | T | | | | | |
| 8. Charter Bank Common Stock | A | Dividend | M | T | | | | | |
| 9. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 10. -- Starbucks Common Stock | | None | O | T | Partial Gift | 11/21 | K | | |
| 11. -- Schwab Money Fund | D | Interest | M | T | | | | | |
| 12. -- Silver Standard Common Stock | | None | J | T | | | | | |
| 13. -- Russell 2000 Ishares | C | Dividend | N | T | Partial Sale | 1/3 | N | F | |
| 14. – SPDR Units | B | Dividend | M | T | Partial Sale | 1/3 | M | E | |
| 15. -- Microfield Common Stock | | None | J | T | | | | | |
| 16. -- MSCI EM Mkts I-Shares | D | Dividend | O | T | Buy | 1/3 | O | | |
| 17. -- MSCI EAFE Index Fund | D | Dividend | N | T | Buy | 2/13 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 4/9/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -- S&P 600 I-Shares | B | Dividend | M | T | Buy | 2/13 | M | | |
| 19.  LEGACY TREASURY DIRECT ACCOUNT | | | | | | | | | |
| 20.  -- 3/31/06 Note | | None | | | Notes-# 1 | 1/4 | | | |
| 21.  -- 5/15/07 Note | | None | | | Notes-# 1 | 1/4 | | | |
| 22.  -- 6/30/07 Note | | None | | | Notes-# 1 | 1/4 | | | |
| 23.  Chevron Texaco Common Stock | C | Dividend | M | T | | | | | |
| 24.  T.R. Price Eur. St. Mutual Fund | | None | | | Sell | 2/6 | N | E | |
| 25.  Vanguard GNMA Mutual Fund | D | Dividend | M | T | | | | | |
| 26.  BROKERAGE IRA #1 | | | | | | | | | |
| 27.  -- Starbucks Common Stock | | None | N | T | Partial Sale | 1/3 | M | G | |
| 28.  -- Chemical Bank Zero Coup Note | | None | | | Matured | 1/31 | J | B | |
| 29.  -- Pepsico Zero Coup Notes | | None | | | Matured | 4/3 | K | D | |
| 30.  -- Int Flavors Zero Coup Note | | None | | | Matured | 5/15 | K | C | |
| 31.  -- Ford Zero Corp Note | | None | L | T | | | | | |
| 32.  -- Household Fin Zero Corp Note | | None | K | T | | | | | |
| 33.  -- Gov't Secs. Trust Notes | | None | | | Matured | 5/15 | K | E | |
| 34.  -- U.S. Treasury Strips | | None | K | T | Part mature | 11/15 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 4/9/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -- Gov't FHLBB Trust Cert. | D | Interest | L | T | Buy | 2/15 | K | | |
| 36.  -- Resolution Trust Strips | | None | M | T | Part mature | 7/17 | J | C | |
| 37.  -- MBNA Bank CD | A | Interest | K | T | | | | | |
| 38.  -- Capital One Bank CD | A | Interest | | | Matured | 3/6 | K | | |
| 39.  -- Providian Bank CD | B | Interest | K | T | Part mature | 6/27 | L | | |
| 40.  -- Bank Hapoalim CD | C | Interest | L | T | | | | | |
| 41.  -- Discover Bank CD | C | Interest | L | T | | | | | |
| 42.  -- Russell 2000 I Shares | C | Dividend | N | T | Partial Sale | 1/3 | N | F | |
| 43.  -- Doral Bank CD | B | Interest | L | T | | | | | |
| 44.  -- Flagstar Bank CD | C | Interest | L | T | | | | | |
| 45.  -- Morton Bank CD | C | Interest | L | T | | | | | |
| 46.  -- Fed Nat Mortg. Notes | D | Interest | L | T | Buy | 5/15 | M | | |
| 47.  -- Citibank Bank Deposit Program | C | Interest | L | T | | | | | |
| 48.  -- MB Financial CD | C | Interest | L | T | | | | | |
| 49.  -- Lehman Bros CD | A | Interest | K | T | | | | | |
| 50.  -- BMW Bank CD | C | Interest | L | T | | | | | |
| 51.  -- Metro Bank CD | C | Interest | L | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000
   (See Column C2)  Q =Appraisal  V =Other  S =Assessment  T =Cash Market
   U =Book Value  W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- First Sign. Bank CD | B | Interest | K | T | | | | | |
| 53. -- Sweden Zero Bonds | | None | J | T | | | | | |
| 54. -- International Lease Bonds | B | Interest | K | T | | | | | |
| 55. -- Dow Chem. Bonds | A | Interest | J | T | | | | | |
| 56. -- GMAC Bonds | B | Interest | K | T | | | | | |
| 57. -- Merrill Lynch Notes | B | Interest | K | T | | | | | |
| 58. -- MSCI EM Mkts I-Shares | B | Dividend | M | T | Buy | 1/6 | L | | |
| 59. -- MSCI EAFE Index I-Shares | D | Dividend | O | T | Buy | 1/6 | O | | |
| 60. -- Gold Bank C.D. | B | Interest | L | T | Buy | 2/10 | L | | |
| 61. -- Citicorp Term Notes | B | Interest | K | T | Buy | 8/18 | K | | |
| 62. BROKERAGE IRA #2 | | | | | | | | | |
| 63. -- U.S. Treasury Strips | | None | K | T | Part redeem | 5/15 | J | B | |
| 64. -- Am. Century Ultra Mut. Fund | | None | | | Sell | 1/3 | J | B | |
| 65. -- Janus Balanced Mut. Fund | | None | | | Sell | 1/3 | K | B | |
| 66. -- T Rowe Price New Asia | | None | | | Sell | 1/3 | J | C | |
| 67. -- Russell 2000 I Shares | | None | | | Sell | 1/3 | J | A | |
| 68. -- MSCI I-Shares | A | Dividend | L | T | Buy | 1/9 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 4/9/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Schwab Money Fund | A | Interest | J | T | Notes-# 2 | | | | |
| 70. BROKERAGE IRA #3 | | | | | | | | | |
| 71. – U.S. Treasury Strips | | None | K | T | Part redeem | 5/15 | J | B | . |
| 72. -- Am. Century Ultra Mut. Fund | A | Dividend | J | T | | | | | |
| 73. -- Janus Balanced Mut. Fund | A | Dividend | J | T | | | | | |
| 74. -- T.R. Price New Asia Mut. Fund | B | Dividend | K | T | | | | | |
| 75. BROKERAGE IRA #4 | | | | | | | | | |
| 76. -- GMAC Bond | B | Interest | | | Matured | 1/15 | J | | |
| 77. -- S&P 500 I Shares | B | Dividend | M | T | | | | | |
| 78. -- Russell 2000 I Shares | B | Dividend | M | T | | | | | |
| 79. -- Citibank Bank Deposit Program | A | Interest | J | T | | | | | |
| 80. -- MSCI I Shares | A | Dividend | K | T | Buy | 2/10 | K | | |
| 81. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 82. -- Tacoma, WA Public Util. Bond | A | Interest | J | T | | | | | |
| 83. -- Utah Building Own. Bond | A | Interest | J | T | | | | | |
| 84. -- Washington State Bonds | B | Interest | K | T | | | | | |
| 85. – Bensalem, PA Wtr. Bonds | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 4/9/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  – Maricopa, AZ Dev. Auth. Bond | A | Interest | J | T | | | | | |
| 87.  -- Gold Bank - CD | A | Interest | | | Matured | 1/30 | K | | |
| 88.  -- MBNA Bank - CD | A | Interest | | | Matured | 2/6 | K | | |
| 89.  -- First Am Bank - CD | A | Interest | | | Matured | 3/24 | J | | |
| 90.  – Lehman Bros. Notes | B | Interest | K | T | | | | | |
| 91.  -- Atlanta, GA Bonds | B | Interest | | | Redemption | 1/3 | K | | |
| 92.  -- Snohomish Cty PUD Bonds | B | Interest | | | Redemption | 1/3 | K | | |
| 93.  -- Tempe, AZ School Bonds | A | Interest | | | Redemption | 7/3 | K | | |
| 94.  -- Lower CO River Auth Bonds | B | Interest | K | T | | | | | |
| 95.  -- Phoenix, AZ G.O. Bond | B | Interest | K | T | | | | | |
| 96.  -- U of IL Notes | B | Interest | K | T | | | | | |
| 97.  – Jenison MICH School Notes | A | Interest | | | Redemption | 5/1 | J | | |
| 98.  -- WA St. Health Bonds | B | Interest | K | T | | | | | |
| 99.  – Spokane WA G.O. Bonds | B | Interest | | | Redemption | 1/3 | K | | |
| 100.  -- King Cty. S.D. 402 | A | Interest | | | Redemption | 12/1 | K | | |
| 101.  -- Gilbert AZ G.O. Bonds | A | Interest | J | T | | | | | |
| 102.  -- Maricopa AZ SD Bonds | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 4/9/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Tamarack Funds | B | Interest | K | T | | | | | |
| 104. HUGH CANNON FOUNDATION | | | | | | | | | |
| 105. -- Boeing Common Stock | C | Dividend | N | T | | | | | |
| 106. -- Exxon Mobil Common Stock | D | Dividend | N | T | | | | | |
| 107. -- Fannie Mae Common Stock | C | Dividend | M | T | | | | | |
| 108. -- Fed Home Loan Common Stock | D | Dividend | N | T | | | | | |
| 109. -- Ford Common Stock | | None | L | T | | | | | |
| 110. -- G.E. Common Stock | D | Dividend | N | T | | | | | |
| 111. -- IBM Common Stock | C | Dividend | N | T | | | | | |
| 112. -- Merck Common Stock | D | Dividend | M | T | | | | | |
| 113. -- Pfizer Common Stock | C | Dividend | M | T | | | | | |
| 114. -- Safeco Common Stock | C | Dividend | N | T | | | | | |
| 115. -- Verizon Common Stock | D | Dividend | M | T | | | | | |
| 116. -- WA Mutual Bank Common Stock | F | Dividend | P1 | T | | | | | |
| 117. -- 3M Common Stock | D | Dividend | N | T | | | | | |
| 118. -- Tamarack Money Fund | D | Interest | L | T | | | | | |
| 119. -- Albertson's Common Stock | B | Dividend | | | Merger | 6/6 | M | F | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 4/9/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- Medco Common Stock | | None | K | T | | | | | |
| 121. -- BP ADR | D | Dividend | N | T | | | | | |
| 122. -- Supervalue Common Stock | A | Dividend | K | T | Notes-# 3 | 6/6 | K | | |
| 123. -- Idearc Common Stock | | None | J | T | Spin Off | 11/17 | J | | Notes-# 4 |
| 124. BROKERAGE IRA #5 | | | | | | | | | |
| 125. -- Vanguard REIT Fund | E | Dividend | O | T | | | | | |
| 126. -- Russell 2000 Index Fund | D | Dividend | O | T | | | | | |
| 127. -- Schwab Money Market Fund | A | Interest | K | T | | | | | |
| 128. Vanguard Intl. Tax Managed Fund | E | Dividend | P1 | T | | | | | |
| 129. TREASURY DIRECT ACCOUNT | | | | | | | | | |
| 130. -- 3/31/06 Note | A | Interest | | | Matured | 3/31 | K | | |
| 131. -- 5/15/07 Note | B | Interest | K | T | Notes-# 1 | 1/4 | K | | |
| 132. -- 6/30/07 Note | C | Interest | L | T | Notes-# 1 | 1/4 | L | | |
| 133. -- 5/1/08 Note | B | Interest | K | T | Purchased | 4/30 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 4/9/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Holdings transferred from Legacy Treasury Direct account to Treasury Direct account (page 11, lines 129-133).

2. Value of fund increased to reporting level.

3. Received as part of Albertson's cash-stock merger.

4. Received as spin-off from Verizon.

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 4/9/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date  April 10, 2007

NOTE: ANY IND███████████████OWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544